SCWC-15-0000743

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WILLIAM A. CORNELIO, III,
Petitioner/Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000743; S.P.P. NO. 15-1-0008(2) (CR. NO. 94-0590(2))

ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon review of Petitioner/Appellant William A. Cornelio, III's January 27, 2017 motion for reconsideration requesting this court to reconsider its December 20, 2016 order rejecting certiorari in this matter, we note that rejection of an application for writ of certiorari is not subject to a motion for reconsideration, pursuant to Rule 40.1(h) of the Hawaiʻi Rules of Appellate Procedure. Therefore,

IT IS HEREBY ORDERED that the motion for reconsideration is dismissed.

DATED:  Honolulu, Hawaiʻi, February 3, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson